**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1149**

DEREK & MATTHEW BISSETTE FARMS; BRANTLEY FARMS, INC.; ERW
FARMS, LLC; NICHOLS & NICHOLS FARMS, INC.; ROCK RIDGE FARMS
PARTNERSHIP,

    Plaintiffs – Appellants,

  v.

BISSETT PRODUCE, INC.; AGCAROLINA FARM CREDIT, ACA,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:14-cv-00451-FL)

Submitted:  July 30, 2015   Decided:  August 18, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen P. McCarron, Kate Ellis, McCARRON & DIESS, Washington,
D.C., for Appellants. Lisa P. Sumner, Jill C. Walters, Andrew H.
Erteschik, POYNER SPRUILL LLP, Raleigh, North Carolina; Jason L.
Hendren, Rebecca F. Redwine, HENDREN & MALONE, PLLC, Raleigh,
North Carolina; Lawrence H. Meuers, MEUERS LAW FIRM, PL, Naples,
Florida, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek & Matthew Bissette Farms, Brantley Farms, Inc., ERW Farms, LLC, Nichols & Nichols Farms, Inc., and Rock Ridge Farms Partnership appeal from the district court's order affirming the bankruptcy court's order dismissing their complaint filed in the underlying bankruptcy proceeding, seeking to assert certain rights under the Perishable Agricultural Commodities Act, 7 U.S.C. §§ 499a-499t (2012). We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm on the reasoning of the courts below. Derek & Matthew Bissette Farms v. Bissett Produce, Inc., No. 5:14-cv-00451-FL (E.D.N.C. Feb. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED